UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LYLAS G. MOGK, M.D.**, on behalf of herself and a class of all persons similarly situated,

    Plaintiff,

v.

**HENRY FORD HEALTH** and **HENRY FORD MEDICAL GROUP**,

    Defendants.

Case No. 5:23-cv-12455

Hon. Judith E. Levy

Mag. David R. Grand

| | |
|---|---|
| NICKELHOFF & WIDICK, PLLC<br>John R. Runyan (P19763)<br>333 W. Fort Street, Suite 1400<br>Detroit, Michigan  48226<br>(248) 561-9737<br>jrunyan@michlabor.legal<br><br>BOGAS & KONCIUS, P.C.<br>Kathleen L. Bogas (P25164)<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, Michigan  48025<br>(248) 502-5000<br>kogas@kbogaslaw.com<br><br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>Allan S. Rubin (P44420)<br>Elyse K. Culberson (P82132)<br>2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com<br>Elyse.culberson@jacksonlewis.com<br><br>Katharine C. Weber<br>Jackson Lewis P.C.<br>201 E. Fifth Street, 26th Floor<br>Cincinnati, OH 45202<br>(513) 898-0050<br>Katharine.weber@jacksonlewis.com<br><br>Attorneys for Defendants |

**STIPULATED ORDER STAYING CASE PENDING MEDIATION**

This matter having come before the Court on the Stipulation of the Parties; the Parties having advised the Court that they desire to mediate in an attempt at early resolution and without the need for the parties to expend time and resources litigating the case; the Court having reviewed this proposed Stipulated Order and otherwise being duly advised in the premise:

**IT IS HEREBY ORDERED** that this case be stayed for a period of 90-days to allow the parties to mediate this case. The parties will file a status report with the court advising the Court of the name of the mediator and the date of the mediation. Within 7 days following the mediation hearing, the parties will file a joint status report advising the Court whether the case settled.

**IT IS FURTHER** ordered that either party may seek to set aside the stay before the expiration of the 90-day period if either party believes that a mediation hearing will no longer be beneficial to resolve the case or if the case settles.

**IT IS FURTHER ORDERED** that should mediation hearing be unsuccessful in resolving the case, Defendant shall file its answer or other responsive pleading within 14-days of the date the parties file the joint status report or the date the Court lifts the stay at the request of either party, whichever is later.

Date: December 6, 2023                    s/Judith E. Levy
                                          JUDITH E. LEVY
                                          United States District Judge

So stipulated:

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ John R. Runyan with consent<br>NICKELHOFF & WIDICK, PLLC<br>John R. Runyan (P19763)<br>333 W. Fort Street, Suite 1400<br>Detroit, Michigan  48226<br>(248) 561-9737<br>jrunyan@michlabor.legal<br><br>BOGAS & KONCIUS, P.C.<br>Kathleen L. Bogas (P25164)<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, Michigan  48025<br>(248) 502-5000<br>kogas@kbogaslaw.com<br><br>Attorneys for Plaintiff | /s/ Allan S. Rubin<br>JACKSON LEWIS P.C.<br>Allan S. Rubin (P44420)<br>Elyse K. Culberson (P82132)<br>2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com<br>Elyse.culberson@jacksonlewis.com<br><br>Katharine C. Weber<br>Jackson Lewis P.C.<br>201 E. Fifth Street, 26th Floor<br>Cincinnati, OH 45202<br>(513) 898-0050<br>Katharine.weber@jacksonlewis.com<br><br>Robert A. Farr, Jr.<br>Henry Ford Health System<br>Office of General Counsel<br>One Ford Place, Suite 4b<br>Detroit, MI 48202<br>248-703-0662<br>Email: rfarr@rfarrlaw.com<br><br>Attorneys for Defendants |

4878-8621-1988, v. 1