# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LYLAS G. MOGK, M.D.**, on behalf of herself and a class of all persons similarly situated,

    Plaintiff,

v.

**HENRY FORD HEALTH** and **HENRY FORD MEDICAL GROUP**,

    Defendants.

Case No. 5:23-cv-12455

Hon. Judith E. Levy

Mag. David R. Grand

---

| | |
|---|---|
| NICKELHOFF & WIDICK, PLLC<br>John R. Runyan (P19763)<br>333 W. Fort Street, Suite 1400<br>Detroit, Michigan 48226<br>(248) 561-9737<br>jrunyan@michlabor.legal<br><br>BOGAS & KONCIUS, P.C.<br>Kathleen L. Bogas (P25164)<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, Michigan 48025<br>(248) 502-5000<br>kogas@kbogaslaw.com<br><br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>Allan S. Rubin (P44420)<br>Elyse K. Culberson (P82132)<br>2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com<br>Elyse.culberson@jacksonlewis.com<br><br>Katharine C. Weber<br>Jackson Lewis P.C.<br>201 E. Fifth Street, 26th Floor<br>Cincinnati, OH 45202<br>(513) 898-0050<br>Katharine.weber@jacksonlewis.com<br><br>Attorneys for Defendants |

## STIPULATED ORDER OF DISMISSAL UNDER FED. R. Civ. P. 41(a)(1)(A)(ii) WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Rule 41(a)(1)(A)(ii), this matter is **DISMISSED** with Prejudice and Without Costs pursuant to the stipulation of the parties, as indicated below. This

1

is a final order and closes this case.

SO ORDERED.

Date: March 29, 2024                    s/Judith E. Levy
                                        JUDITH E. LEVY
                                        United States District Judge

So Stipulated:

For Plaintiff:                          For Defendant:

/s/ John R. Runyan with consent         /s/ Allan S. Rubin
NICKELHOFF & WIDICK, PLLC               JACKSON LEWIS P.C.
John R. Runyan (P19763)                 Allan S. Rubin (P44420)
333 W. Fort Street, Suite 1400          Elyse K. Culberson (P82132)
Detroit, Michigan 48226                 2000 Town Center, Suite 1650
(248) 561-9737                          Southfield, Michigan 48075
jrunyan@michlabor.legal                 (248) 936-1900
                                        allan.rubin@jacksonlewis.com
BOGAS & KONCIUS, P.C.                   Elyse.culberson@jacksonlewis.com
Kathleen L. Bogas (P25164)
31700 Telegraph Road, Suite 160         Katharine C. Weber
Bingham Farms, Michigan 48025           Jackson Lewis P.C.
(248) 502-5000                          201 E. Fifth Street, 26th Floor
kogas@kbogaslaw.com                     Cincinnati, OH 45202
                                        (513) 898-0050
Attorneys for Plaintiff                 Katharine.weber@jacksonlewis.com

                                        Robert A. Farr, Jr.
                                        Henry Ford Health System
                                        Office of General Counsel
                                        One Ford Place, Suite 4b
                                        Detroit, MI 48202
                                        248-703-0662
                                        Email: rfarr@rfarrlaw.com

                                        Attorneys for Defendants